UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BINAYAK LAMA #A201756118,** **Petitioner** | **CIVIL DOCKET NO. 1:20-CV-1072-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WILLIAM P. BARR, ET AL.,** **Respondents** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 5) and Amended Petition (ECF No. 8) are DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 8th day of February, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE